Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Neil L. Prupis
Debtor

                                              Case No.: 04–48414–RG
                                              Chapter 7

Cadle Company, The
Plaintiff

v.

Neil L. Prupis
Defendant

Adv. Proc. No. 05–02674–RTL                         Judge: Raymond T. Lyons Jr.

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on January 25, 2007, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 27 − 1
Opinion (related document:[1] Complaint filed by Plaintiff Cadle Company, The). The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 1/24/2007 (nmd) MR.PURVIS IS DENIED A DISCHARGE UNDER 11 U.S.C. SECTION 727

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 25, 2007
JJW:

                                                                        James J. Waldron
                                                                        Clerk